United States District Court

For The Central District of California

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>      v.<br><br>Michael Lerma,<br><br>          Defendant. | Case No 18 CR 172-GW<br><br>**ORDER RE: EX PARTE APPLICATOIN [RELEASING[ OR [TRANSPORTING] DEFENDANT FOR ONE DAY TO ATTEND THE FUNERAL OF HIS MOTHER;** |

**GOOD CAUSE HAVING BEEN SHOWN,** the Court hereby Orders that Defendant Michael Lerma be temporarily released on furlough for one day, July 27, 2025, so he may attend his mother's funeral, under the following conditions:

DATED: _____

_____
HONORABLE GEORGE WU
UNITED STATES DISTRICT JUDGE

1

[IN CASE OF DENIAL]

**GOOD CAUSE NOT HAVING BEEN SHOWN,** the Court hereby denies the

Ex Parte Application for release.


Dated:_____                    _____

                                               HONORABLE GEORGE WU
                                               UNITED STATES DISTRICT JUDGE