AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE
___Central___ DISTRICT OF ___California___

UNITED STATES OF AMERICA

v.

___Cheryl  Perez -Castaneda___
Write your full name here.

Case No. CR 18 - 172 - GW
(Write the number of your criminal case.)

**MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release)** ; ___Exhibits 1, 2, 3, 4___

(*Pro Se* Inmate)

---

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

---

## I. DOCUMENTS AND REQUEST TO SEAL

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☐ Yes ☒ No

## ATTACHMENTS

If you answered "Yes," please list below the documents you request be filed under seal:

___n/a___

Page **1** of 16

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

Please list below any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged, but not required, to complete the proposed release plan. Also, a cover page for the submission of medical records and additional medical information is included as an attachment to this motion, as well as a cover page for the submission of additional information (for example, information related to victim abuse under §1B1.13(b)(4)). Again, you are not required to provide medical records or this additional information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | Request to Seal? |
|---|---|---|
| Proposed Release Plan | ☑Yes ☐No | ☐Yes ☑No |
| Additional Medical Information  n/a | ☐Yes ☐No | ☐Yes ☐No |
| Additional Information (e.g., victim abuse-related information under §1B1.13(b)(4)) | ☑Yes ☐No | ☐Yes ☑No |

## II.  REQUEST FOR APPOINTMENT OF COUNSEL

I request that an attorney be appointed to help me.

☐Yes ☒No

## III.  SENTENCE INFORMATION ( Exhibit 3 )

Date of Sentencing:     January 4, 2021

Term of Imprisonment Imposed:     144 months

Approximate Time Served to Date:     7 years

Projected Release Date:     February 12, 2028

Length of Term of Supervised Release:     4 years

Have you filed an appeal in your case?

☐Yes ☒No

Are you subject to an order of deportation or an ICE detainer?

☐Yes ☒No

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

Title 18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Federal Bureau of Prisons (BOP) to bring a motion on your behalf or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the BOP related to your motion, including your written request to the warden and records of any denial from the BOP.

Have you personally submitted your request for compassionate release to the warden of the institution where you are incarcerated?

[X] Yes, I submitted a request for compassionate release to the warden on (date)  _07/31/2024_
[ ] No, I did not submit a request for compassionate release to the warden.  _(Exhibit 2)_

If you answered "No," please explain why not.

_____

_____

Did the warden deny your request?    _no response from Warden._

[ ] Yes, the warden denied my request on (date)  _____ .
[ ] No, I did not submit a request for compassionate release to the warden.

## V. GROUNDS FOR RELEASE

This section includes specific citations to sections of the U.S. Sentencing Guidelines, specifically the policy statement at §1B1.13 (Reduction in Term of Imprisonment Under 18 U.S.C. § 3582(c)(1)(A)), often referred to as "compassionate release."

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You also may attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

_Extraordinary and compelling rehabilitation while incarcerated. (Exhibit 4)_
_See Concepcion v. United States, 142 S. Ct. 2390 (2022) consider totality of the circumstance._

[1] The requirements for filing this compassionate release motion with the court differ from the requirements for submitting a compassionate release request to the BOP. This form should be used only for a compassionate release motion made to the court. If you are submitting a compassionate release request to the BOP, please review and follow the BOP program statement.

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

**A. Are you at least 70 years old?**

☐ Yes ☒ No

If you answered "No," go to Section B below. You do not need to fill out Section A.

If you answered "Yes," you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. *See* §1B1.13(a)(1)(B). Please answer the following questions so the court can determine if you are eligible for release under this section of the statute.

Have you served at least 30 years in prison pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense(s) for which you are currently imprisoned?

☐ Yes ☒ No

Has the Director of the BOP determined that you are not a danger to the safety of any other person or the community, as provided under 18 U.S.C. § 3142(g)?

☒ Yes ☐ No     PATTERN SCORE Exhibit 1

**B. Do you believe there are other extraordinary and compelling reasons for your release?**

☒ Yes ☐ No

If you answered "Yes," please check all boxes that apply so the court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i). Section 3582(c)(1)(A) authorizes a court to reduce a defendant's term of imprisonment if "extraordinary and compelling reasons" warrant a reduction and "such a reduction is consistent with applicable policy statements issued by the Sentencing Commission."

☐    I am suffering from a terminal illness. *See* §1B1.13(b)(1)(A).

☐    I am suffering from:

- a serious physical or medical condition;
- a serious functional or cognitive impairment; or
- deterioration in my physical or mental health because of the aging process

that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition. *See* §1B1.13(b)(1)(B).

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

☒  I am suffering from a medical condition that requires long-term or specialized medical care
that is not being provided and without which I am at risk of serious deterioration in health
or death. *See* §1B1.13(b)(1)(C).

☐  There is an ongoing outbreak of infectious disease or ongoing public health emergency
affecting, or at imminent risk of affecting, my correctional facility that, due to personal
health risk factors and custodial status, has caused me an increased risk of suffering severe
medical complications or death as a result of exposure to the ongoing outbreak of infectious
disease or the ongoing public health emergency, and such risk cannot be adequately
mitigated in a timely manner. *See* §1B1.13(b)(1)(D).

☐  I am 65 years old or older; I am experiencing a serious deterioration in physical or mental
health because of the aging process; and I have served at least 10 years or 75 percent of my
term of imprisonment, whichever is less. *See* §1B1.13(b)(2).

☐  The caregiver of minor child/children or my child/children who is/are 18 years of age or
older and incapable of self-care because of a mental or physical disability or mental
condition has died or become incapacitated, and I am the only available caregiver for my
child/children or adult disabled child/children. *See* §1B1.13(b)(3)(A).

☐  My spouse/registered partner, parent, immediate family member (child, spouse, registered
partner, parent, grandchild, grandparent, or sibling), or someone whose relationship is
similar to that of an immediate family member has become incapacitated, and I am the only
available caregiver for them. *See* §1B1.13(b)(3)(B), (C), and (D).

☐  While serving this sentence, I was a victim of:

   - sexual abuse involving a "sexual act," as defined in 18 U.S.C. § 2246(2); or
   - physical abuse resulting in "serious bodily injury"

that was committed by or at the direction of a correctional officer, an employee, or
contractor of the BOP or any other individual having custody or control over me.
*See* §1B1.13(b)(4).

☒  There is another circumstance or combination of circumstances that, when considered by
themselves or together with any of the reasons described above, are similar in gravity to the
reasons described above. *See* §1B1.13(b)(5).  (Exhibit 2)

☐  I received an unusually long sentence, I have served at least 10 years of the term of
imprisonment, and a change in the law (other than an amendment to the Guidelines Manual
that has not been made retroactive) would produce a gross disparity between the sentence

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

being served and the sentence likely to be imposed on the date I filed this motion, after full consideration of my individualized circumstances. *See* §1B1.13(b)(6).

Please explain below the basis for your request. If there is additional information that you would like the court to consider but which is confidential, you may include that information on a separate page; attach the page to this motion; and, in Section I above, request that that attachment be sealed.

Trauma endured during the shutting of Dublin FCI and the rushed transfer; my medical needs are not being met; my daughter has cervical cancer, and continued hardships my family suffers due to my continued incarceration. (Exhibit 2).

## VI. PREVIOUSLY FILED MOTIONS

Have you previously filed any motions for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A) (in any court)?

☐ Yes ☒ No

If you answered "Yes," were any of your previous motions granted?

☐ Yes ☐ No    n/a

If you have previously filed any motions for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A), what about your circumstances or the law has changed since your other motion(s) that you believe now makes you eligible? Please provide details below.

n/a

AO 250 (Rev. 09/24) Pro Se Motion for Compassionate Release

## VII. MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

December 21ˢᵀ, 2025
Date

Signature

Cheryl Perez-Castaneda
Printed Name

76389-112
Federal Bureau of Prisons Register No.

Victorville Camp FCI Med, I
Federal Bureau of Prisons Facility

PO Box 5300, Adelanto, CA 92301
Institution's Address

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

ATTACHMENT 1

# UNITED STATES DISTRICT COURT
## FOR THE
Central       DISTRICT OF    California

UNITED STATES OF AMERICA

v.

Cheryl Perez - Castaneda
Write your full name here.

Case No.  76389- 112
(Write the number of your criminal
case.)

## PROPOSED RELEASE PLAN
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses
the privacy and security concerns resulting from public access to electronic court files. Under
this rule, papers filed with the court should *not* contain a person's full social security number or
full birth date, the full name of a person known to be a minor, or a complete financial account
number. A filing may include *only* the last four digits of a social security number, the year of a
person's birth, a minor's initials, and the last four digits of a financial account number.

---

If you provide information in this document that you believe should not be publicly available,
you may request permission from the court to file the document under seal. If the request is
granted, the document will be placed in the electronic court files but will not be available to the
public.

Do you request that this document be filed under seal?

☐ Yes ☒ No

Page **8** of **16**

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 1

## PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information
requested below. This information will help the U.S. Probation and Pretrial Services Office prepare
for your release if your motion is granted.

### A. Housing and Employment

Provide the full address where you intend to reside if you are released from prison.

4722 Canoga Street #2, Montclair, CA 91763

Provide the name and phone number of the property owner or renter of the address where you will
reside if you are released from prison.

Trisha Perez - Shumann ; Ph: (909) 587-0909

Provide the names (if under the age of 18, please use only their initials), ages, and relationship to
you of any other residents living at the above-listed address.

3 grandsons ; Trisha Perez-Shumann and her husband (daughter and
son-in-law respectfully)

Do you know where you will work if you are released? If so, please provide the name and address
of the employer and describe your job duties. If you do not have a specific employer, please
describe the type of work you plan to do upon release.

I will look for gainful employment.

List any additional housing or employment resources available to you.

None other.

### B. Medical Needs

Will you require ongoing medical care if you are released from prison?

☒Yes ☐No

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 1

Will you have access to health insurance if released?

☒ Yes ☐ No

If yes, provide the name of your insurance company and the last four digits of the policy number.

_Sign up for Medi-Cal._

If no, how do you plan to pay for your medical care?

_Sliding scale for Medi-Cal._

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

☒ Yes ☐ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

☐ Yes ☒ No

If yes, please include them with your motion.

If no, where are the records located?

_Victorville Camp FCI Med I, PO Box 5300, Adelanto, CA 92301_
_I suffer from: kidney stones, asthma, diabetes, high cholesteral, Vitamin D Deficiency, pinched nerve in back, (L) knee needs replacement, neurapathy_

Are you prescribed medication in the facility where you are incarcerated?

☒ Yes ☐ No

If yes, list all prescribed medication, dosage, and frequency.

_Cholecal ferol 2 tabs daily 1000 units each; Metformin 1 tab daily 500mg; Lisinopril 1 tab daily 2.5 mg; Omeprazole 20mg 2 tab daily; Atorvasatatin 20mg 1 tab daily; Aspirin 81mg 1 tab daily; Ibuprofen 600mg 1 tab 3 times daily; Gabapentin 1200 mg 2 times daily; Aceta minophen 325 mg tab 2 tabs every 6 hours; Albuterol inhaler 90 MCG /as needed._

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☐ Yes ☒ No

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 1

If yes, list equipment required.

_____

_____

Do you require assistance with self-care such as bathing, walking, toileting?

☐Yes ☒No

If yes, list the required assistance and how it will be provided.

_____

_____

Do you require assisted living?

☐Yes ☒No

If yes, provide the address of the anticipated home or facility and the source of funding to pay for it.

_____

_____

Are the people you are proposing to reside with aware of your medical needs?

☒Yes ☐No

Do you have other community support that can assist with your medical needs?

☐Yes ☒No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use only their initials.

_____

_____

Will you have transportation to and from your medical appointments?

☒Yes ☐No

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 1

Describe the method of transportation.

Vehicle available through daughter.

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

December 21ST, 2025
Date

Cheryl  Perez - Castaneda
Printed Name

76389 - 112
Federal Bureau of Prisons Register No.

Victorville Camp FCI Med, I
Federal Bureau of Prisons Facility

PO Box 5300, Adelanto, CA 92301
Institution's Address

Cheryl Perez Castaneda
Signature

<u>Exhibit 1</u>

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:76389-112, Last Name:PEREZ-CASTANEDA

**U.S. DEPARTMENT OF JUSTICE**                     **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 76389-112 | Risk Level Inmate....: R-MIN |
| Inmate Name | General Level......: R-MIN (-24) |
| Last.........: PEREZ-CASTANEDA | Violent Level......: R-MIN (-7) |
| First.........: CHERYL | Security Level Inmate: MINIMUM |
| Middle.......: | Security Level Facl..: LOW |
| Suffix.......: | Responsible Facility.: WAS |
| Gender.........: FEMALE | Start Incarceration..: 01/04/2021 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 15

General Score: -8, Violent Score: -4

Risk Item Data

| Category | Assignment | Start | | Stop |
|---|---|---|---|---|
| EDC | ACEJAZJUS1 | 03/10/2021 08:57 | | 03/10/2021 08:57 |
| EDC | ACEJAZJUS2 | 03/11/2021 08:59 | | 03/11/2021 08:59 |
| EDC | ACEJAZJUS3 | 04/01/2021 14:11 | | 04/01/2021 14:11 |
| EDC | ACEFIN1SLF | 04/02/2021 14:20 | | 04/02/2021 14:20 |
| EDC | ACEFIN2SLF | 04/04/2021 14:25 | | 04/04/2021 14:25 |
| EDC | ACEJAZJUS4 | 05/30/2021 16:33 | | 05/30/2021 16:33 |
| EDC | ACEHAPSLF | 02/10/2022 13:19 | | 02/10/2022 13:19 |
| EDC | ACEUNADSLF | 06/16/2022 09:35 | | 06/16/2022 09:35 |
| EDC | ACECRMSELF | 01/15/2023 12:24 | | 01/15/2023 12:24 |
| EDC | ACE ARCTIC | 05/13/2024 10:18 | | 05/13/2024 10:18 |
| EDC | ACE MLK | 06/10/2024 13:09 | | 06/10/2024 13:09 |
| EDC | ACE HAWAII | 07/09/2024 14:09 | | 07/09/2024 14:09 |
| EDC | ACE ISLAND | 08/12/2024 08:26 | | 08/12/2024 08:26 |
| EDC | ACE FIRST | 10/07/2024 08:14 | | 10/07/2024 08:14 |
| WSP | PAR NATLC | 06/22/2023 13:55 | | 06/22/2023 13:55 |

Item: Work Programs, Value: 1

General Score: -2, Violent Score: -1

Risk Item Data

| Category | Assignment | Start | | Stop |
|---|---|---|---|---|
| WRK | UNICOR S2 | 04/14/2021 00:01 | | 04/14/2021 00:01 |

Exhibit 2

TRULINCS  76389112 - PEREZ-CASTANEDA, CHERYL - Unit: WAS-A-A

--------------------------------------------------------------------------------

FROM: 76389112
TO: Warden
SUBJECT: ***Request to Staff*** PEREZ-CASTANEDA, CHERYL, Reg# 76389112, WAS-A-A
DATE: 07/31/2024 01:03:56 PM

To: Seagel
Inmate Work Assignment: psycology orderly

My name is Chery Castaneda-Perez I was directed to write an informal request to you to start my compassionate release request I am requesting compassionate release due to the following reasons.
Trauma endured during the shutting of Dublin FCI and the rushed transfer:
My medical needs are not being met:
My daughter has cervical cancer,and the continued hardships my family suffers due to my continued incarceration:
I have been transferred over 1850 miles away from my family making in person visits nearly impossible.
Please advise me of the steps I need to take to submit a formal compassionate release request:
Thank You

Case 2:18-cr-00172-GW Document 1855 Filed 12/24/25 Page 17 of 29 Page ID
#:23971
Case 4:23-cv-04155-YGR Document 361-3 Filed 05/08/24 Page 1 of 1

To: United States District Court Sentencing Judge
Re: Compassionate Release Applications from the AICs Previously Incarcerated at FCI Dublin

This Court currently presides over a class action for injunctive relief brought on behalf of adults in custody ("AICs") formerly incarcerated at Federal Correctional Institution ("FCI"), Dublin and the satellite camp.

While the Bureau of Prisons ("BOP") has elected to close FCI Dublin, and, thus, its population has been dispersed throughout the country, members of the class remain under the protection of this Court pursuant to a preliminary injunction issued on March 15, 2024.[1] This document provides a brief summary of the events at FCI Dublin which you may wish to consider to the extent applicable to the particular case of any compassionate release applications you receive from class members.

In short, I have sentenced six FCI Dublin correctional officers for criminal sexual abuse and criminal sexual contact, two after jury verdicts. One remains under indictment and, I believe, over a dozen others remain under investigation. In January 2024, I presided over a week-long evidentiary hearing with respect to a civil suit and conducted an unannounced, nine-hour site visit preliminarily finding that the AIC population at FCI Dublin had limited to no access to constitutionally adequate medical and mental health care, programming, and timely administrative relief. Thus, the time at FCI Dublin was likely "harder time" than other institutions. Programming was effectively non-existent. To accommodate staff, the "day" began at 6:00 a.m. and ended at 2:00 p.m. After that, they were in lock down but could not congregate for any reason including prayer groups or counseling. In a 45-page preliminary injunction order, I noted that FCI Dublin "...deter[red] inmates from filing administrative grievances by threatening [the AICs] with citations on their record, the loss of good time credits and better paying jobs, and placement in the SHU [Special Housing Unit] for doing so."[2]

For a period, some AICs were placed in the SHU for reporting the criminal misconduct of correctional officers for weeks at a time. The BOP was fully aware of the issue with two internal assessments. Yet, it "proceeded sluggishly with intentional disregard" and the decision to repeatedly install "BOP leadership who fail to grasp and address the situation strains credulity."[3]

By way of further background, the situation began to unravel in June of 2021 when a whistleblower complaint sparked a Department of Justice ("DOJ") investigation and an officer was criminally charged. This investigation led to the above-referenced sentences. Many AICs have been the subject of staff sexual abuse, harassment, and retaliation by staff seeking to cover up their own misconduct. Remarkably, despite all the criminal activity, BOP provided the victims with little, to no, mental health counseling.

The DOJ's investigation is ongoing. About a month prior to its closure, the FBI executed a search warrant at the facility and walked off, again, the warden and other senior leadership officers.

No AICs remain in FCI Dublin as of May 1, 2024. I anticipate that, after reaching their new destinations, some may submit requests for compassionate release to their sentencing judges, asking for leniency given the abuses they may have endured. The information herein is provided in the event that you find it useful to your decision-making process. Feel free to contact me should you have any questions.

Yvonne Gonzalez Rogers
United States District Court Judge for the Northern District of California

---

[1] See California Coal. for Women Prisoners v. United States, No. 4:23-CV-4155-YGR, 2024 WL 1290766 (N.D. Cal. Mar. 15, 2024).
[2] Id. at 43.
[3] Id. at 1.

Exhibit 3

```
   DANH0  540*23 *           SENTENCE MONITORING        *    12-13-2024
   PAGE 001         *         COMPUTATION DATA           *    07:47:31
                              AS OF 12-13-2024


   REGNO..: 76389-112 NAME: PEREZ-CASTANEDA, CHERYL


   FBI NO..........: 140260EA3         DATE OF BIRTH: 07-01-1962  AGE:  62
   ARS1............: DAN/A-DES
   UNIT............: 6 FSL FIT         QUARTERS.....: P04-009L
   DETAINERS.......: NO                NOTIFICATIONS: NO

   FSA ELIGIBILITY STATUS IS: INELIGIBLE

   THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

   HOME DETENTION ELIGIBILITY DATE....: 02-12-2028

   THE INMATE IS PROJECTED FOR RELEASE: 08-12-2028 VIA GCT REL


   ---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

   COURT OF JURISDICTION..........: CALIFORNIA, CENTRAL DISTRICT
   DOCKET NUMBER..................: CR 18-172-GW
   JUDGE..........................: WU
   DATE SENTENCED/PROBATION IMPOSED: 01-04-2021
   DATE COMMITTED.................: 02-04-2021
   HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
   PROBATION IMPOSED..............: NO

                    FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
   NON-COMMITTED.: $200.00        $00.00        $00.00      $00.00

   RESTITUTION...: PROPERTY: NO  SERVICES:  NO       AMOUNT: $00.00

   ---------------------CURRENT OBLIGATION NO: 010 ---------------------------
   OFFENSE CODE....: 545    18:1962 RACKETEER (RICO)
   OFF/CHG: 18:1962(D): RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
           CONSPIRACY, CT1

   SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:   24 MONTHS
   TERM OF SUPERVISION............:    2 YEARS
   DATE OF OFFENSE................: 03-29-2018




   G0002      MORE PAGES TO FOLLOW . . .
```

```
   DANH0  540*23 *              SENTENCE MONITORING         *     12-13-2024
   PAGE 002          *           COMPUTATION DATA           *     07:47:31
                                  AS OF 12-13-2024


   REGNO..: 76389-112 NAME: PEREZ-CASTANEDA, CHERYL



   ------------------------CURRENT OBLIGATION NO: 020 ------------------------
   OFFENSE CODE....:  130    18:924(C) FIREARMS LAWS          FSA INELIGIBLE
   OFF/CHG: 18:924(C)(1)(A)(I)(II)(III) POSSESSION, USE, CARRYING,
            BRANDISHING, AND DISCHARGING OF A FIREARM DURING AND IN
            RELATION TO, AND IN FURTHERANCE OF, CRIMES OF VIOLENCE AND
            DRUG TRAFFICKING CRIMES; 18:2 AIDING AND ABETTING AND CAUSING
            AN ACT TO BE DONE, CT13

   SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:  120 MONTHS
   TERM OF SUPERVISION............:    2 YEARS
   RELATIONSHIP OF THIS OBLIGATION
    TO OTHERS FOR THE OFFENDER....: C/S TO OBLG NO. 010
   DATE OF OFFENSE................: 07-14-2013

   ------------------------CURRENT COMPUTATION NO: 010 ------------------------

   COMPUTATION 010 WAS LAST UPDATED ON 01-25-2021 AT DSC AUTOMATICALLY
   COMPUTATION CERTIFIED ON 01-25-2021 BY DESIG/SENTENCE COMPUTATION CTR

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   CURRENT COMPUTATION 010: 010 010, 010 020

   DATE COMPUTATION BEGAN..........: 01-04-2021
   AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
   TOTAL TERM IN EFFECT............:  144 MONTHS
   TOTAL TERM IN EFFECT CONVERTED..:   12 YEARS
   AGGREGATED TERM OF SUPERVISION..:    2 YEARS
   EARLIEST DATE OF OFFENSE........: 07-14-2013

   JAIL CREDIT.....................:  FROM DATE    THRU DATE
                                      05-23-2018   01-03-2021






   G0002       MORE PAGES TO FOLLOW . . .
```

```
 DANHO   540*23 *           SENTENCE MONITORING          *     12-13-2024
PAGE 003 OF 003 *           COMPUTATION DATA             *     07:47:31
                            AS OF 12-13-2024

REGNO..: 76389-112 NAME: PEREZ-CASTANEDA, CHERYL


TOTAL PRIOR CREDIT TIME.........: 957
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 648
TOTAL GCT EARNED................: 324
STATUTORY RELEASE DATE PROJECTED: 08-12-2028
ELDERLY OFFENDER TWO THIRDS DATE: 05-23-2026
EXPIRATION FULL TERM DATE.......: 05-22-2030
TIME SERVED.....................:      6 YEARS      6 MONTHS      21 DAYS
PERCENTAGE OF FULL TERM SERVED..: 54.6
PERCENT OF STATUTORY TERM SERVED: 64.1

PROJECTED SATISFACTION DATE.....: 08-12-2028
PROJECTED SATISFACTION METHOD...: GCT REL




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit 4



| Individualized Needs Plan - Initial Classification    (Inmate Copy) | SEQUENCE: 02112368 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 10-22-2025 |

Plan is for inmate: PEREZ-CASTANEDA, CHERYL  76389-112

| | | | |
|---|---|---|---|
| Facility: | VIM  VICTORVILLE MED I FCI | Proj. Rel. Date: | 08-12-2028 |
| Name: | PEREZ-CASTANEDA, CHERYL | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 76389-112 | DNA Status: | DUB10435 / 02-05-2021 |
| Age: | 63 | | |
| Date of Birth: | 07-01-1962 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Inmate Photo ID Status

| No photo ID - Expiration: null |
|---|

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| VIM | C-F/S AM | FOOD SERVICE AM | 10-23-2025 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| VIM | ESL HAS | ENGLISH PROFICIENT | 02-08-2021 |
| VIM | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-16-2021 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| WAS F | C | ACE DEATH VALLEY FILM AND COMP | 09-08-2025 | 09-18-2025 |
| WAS F | C | ACE FIRST LADIES | 10-07-2024 | 10-07-2024 |
| WAS F | C | ACE GALAPAGOS ISLAND COMP/FILM | 08-12-2024 | 08-22-2024 |
| WAS F | C | ACE HIDDEN HAWAII FILM COMPRE | 07-09-2024 | 07-11-2024 |
| WAS F | C | ACE MARTIN LUTHER KING | 06-10-2024 | 06-24-2024 |
| WAS F | C | MASTERS OF THE ARCTIC FILM/ CO | 05-13-2024 | 05-21-2024 |
| DUB F | W | ACE-ART THERAPY | 04-10-2024 | 04-25-2024 |
| DUB F | C | BEGINNERS CROCHET CLASS | 06-03-2023 | 07-08-2023 |
| DUB F | C | ACE-CIVIL RIGHTS SELF STUDY | 01-15-2023 | 01-15-2023 |
| DUB F | C | ACE-ENHANCING HAPPINESS | 02-10-2022 | 03-01-2022 |
| DUB F | C | WELLNESS I/M MODEL PROGRAM | 11-02-2022 | 12-21-2022 |
| DUB F | C | WEIGHT LOSS CLASS | 11-09-2022 | 11-09-2022 |
| DUB F | C | ACE-UNDERSTANDING ADDICTION | 06-16-2022 | 06-17-2022 |
| DUB F | C | SHU WELLNESS PROGRAM | 06-01-2022 | 06-06-2022 |
| DUB F | C | RPP6/HOUSE OF HEALING | 09-27-2021 | 11-29-2021 |
| DUB F | C | ACE JAZZ & JUSTICE 4 SELFSTUDY | 05-30-2021 | 05-30-2021 |
| DUB F | W | PARENTING ED FROM INSIDE SLFST | 04-13-2021 | 04-14-2021 |
| DUB F | C | ACE WORLD OF FINANCE 2 SLFSTDY | 04-04-2021 | 04-05-2021 |
| DUB F | C | ACE WORLD OF FINANCE 1 SLFSTDY | 04-02-2021 | 04-03-2021 |
| DUB F | C | ACE JAZZ & JUSTICE 3 SELFSTUDY | 04-01-2021 | 04-01-2021 |
| DUB F | C | ACE JAZZ & JUSTICE P2 SELFST | 03-11-2021 | 03-11-2021 |
| DUB F | C | ACE JAZZ & JUSTICE P1 SELFST | 03-10-2021 | 03-10-2021 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 02-18-2021 |
| CARE2 | STABLE, CHRONIC CARE | 06-07-2018 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 03-11-2025 |



# Certificate of Completion

*This certifies that*

## CHERYL PEREZ-CASTANEDA

*Has successfully completed of programming in*

### PARTNERS IN PARENTING/NATIONAL PARENTING PROGRAM

Awarded by:
**SPECIAL POPULATIONS PROGRAM COORDINATOR**
Dublin, California

A. Chavez, Special Populations
Program Coordinator

06/22/23
Date

# Certificate of Completion

*This certifies that*

## CHERYL PEREZ-CASTANEDA

*Has successfully completed programming in*

## WOMEN'S RELATIONSHIPS II SERIES VOLUME 1 TO 7

Awarded by:

**SPECIAL POPULATIONS PROGRAM COORDINATOR**
Dublin, California

A. Chavez, Special Populations
Program Coordinator

07/06/2023
Date

# Certificate of Completion

Presented to

**Cheryl Perez-Castaneda**

For successfully completing the

**Victim Impact Course**

*C. Campos* Counselor

**FCI Dublin**

**2/22/2023**
Date

# FCI DUBLIN

## RESOLVE PROGRAM

### CERTIFICATE OF GROUP COMPLETION

AWARDED TO

## CHERYL PEREZ-CASTANEDA

FOR PARTICIPATION IN

## SEEKING SAFETY (18 HOURS)

GIVEN AT DUBLIN, CALIFORNIA

MARCH 14TH, 2024

J. PHELPS ED.D., RESOLVE PROGRAM COORDINATOR



Cheryl Perez-Castaneda #76389-112

Victomlle Camp FCI Med, I
PO Box 5300
Adelanto, CA 92301



Attn: Clerk
Edward R. Roybal Federal
Building & Courthouse
255 East Temple Street, Room 180
Los Angeles, CA-90012-