1  TODD BLANCHE
   Deputy Attorney General
2  BILAL A. ESSAYLI
   First Assistant United States Attorney
3  ALEXANDER B. SCHWAB
   Assistant United States Attorney
4  Acting Chief, Criminal Division
   MATTHEW J. TAKO (Cal. Bar No. 307013)
5  Assistant United States Attorney
   Transnational Organized Crimes Section
6       1400 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephone: (213) 894-0705
8       Facsimile: (213) 894-0141
        E-mail:    matthew.tako@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11                  UNITED STATES DISTRICT COURT

12               FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA,         | No. 2:18-cr-00172-GW-2
14 |         Plaintiff,                | GOVERNMENT'S *EX PARTE* APPLICATION
15 |              v.                   | FOR EXTENSION OF TIME TO RESPOND
                                        TO DEFENDANT'S MOTION FOR
                                        REDUCTION OF SENTENCE UNDER 18
16 | CHERYL PEREZ-CASTANEDA,           | U.S.C. § 3582(c)(1)(A) (Dkt.
                                        1855); DECLARATION OF MATTHEW J.
17 |         Defendant.                | TAKO

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorney Matthew J. Tako, hereby applies ex parte for an extension of time to file a response to Defendant CHERYL PEREZ-CASTANEDA's Motion for Reduction of Sentence Under 18 U.S.C. § 3582(c)(1)(A) (Dkt. 1855).  Under the proposed schedule, the government's response would be due on February 20, 2026.

This ex parte request is based upon the attached declaration of Assistant United States Attorney Matthew J. Tako and the files and records in this case.

Dated: January 6, 2026

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

\_\_\_/s/_____
MATTHEW J. TAKO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF MATTHEW J. TAKO**

I, Matthew J. Tako, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office ("USAO") for the Central District of California. I am the attorney representing the government in this matter.

2. I have personal knowledge of the following facts. If called and sworn as a witness, I would competently testify to these facts.

3. On December 24, 2025, defendant CHERYL PEREZ-CASTANEDA ("defendant") filed a motion for reduction of sentence under 18 U.S.C. § 3582(c)(1)(A). (Dkt. 1855 (the "Motion").)

4. On January 6, 2026, this Court ordered the government to file its opposition no later than January 22, 2026. (Dkt. 1873.)

5. On January 6, 2026, this matter was assigned to me and I filed a notice of appearance. (Dkt. 1874.)

6. By this application, the government respectfully requests that its opposition to the Motion be due on February 20, 2026.

7. This application is not made for purposes of delay or tactical advantage, but instead to allow the government adequate time to respond to the Motion.

8. I did not seek the position of defendant, who is proceeding pro se, because she is incarcerated at the Federal Correctional Institute in Victorville, California.

//
//
//
//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 6, 2026.

Date: January 6, 2026

                                    /s/
                              MATTHEW J. TAKO
                    Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, Enzo Gonzalez declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A) (Dkt. 1855); DECLARATION OF MATTHEW J. TAKO, and PROPOSED ORDER.**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

**Cheryl Perez-Castaneda**
**Reg. No. 76389-112**
FCI Victorville Medium I
Federal Correctional Institution
P.O. Box 3725
Adelanto, CA 92301

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ Via email, as follows:

☐ By Federal Express, as follows:

This Certificate is executed on **January 6, 2026**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

*Enzo Gonzalez*